# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Search of: | : | Case No. 3:20-MJ-136 |
| Search of the Cellular Device Assigned Call Number (937) 829-1012 And/Or The Use of a Cell-site Simulator to Locate the Cellular Device Assigned Call Number (937) 829-1012 | : | **MOTION TO UNSEAL** |

Now comes the United States, by and through AUSA Kenneth L. Parker, whom respectfully requests that any and all documents in this case be unsealed, included but not limited to Motions, Orders, Applications, Affidavits, Warrants and all Attachments thereto.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

*s/Kenneth L. Parker*
KENNETH L. PARKER (OH 68805)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513)684-3711

Upon the Motion to Unseal of the United States, and for good cause shown, it is hereby ORDERED that the referenced case numbers be unsealed.

SO ORDERED.

_____        _____
DATE                                                                       UNITED STATES MAGISTRATE JUDGE